**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1624**

_____

In Re: JOHN WESLEY WINTERS, JR.,

                                                    Debtor.

_____

JOHN WESLEY WINTERS, JR.,

                                        Debtor - Appellant,

        versus

UNITED STATES TRUSTEE,

                                        Trustee - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-98-24-5-BO, BK-97-1615-5-ATS)

_____

Submitted:  September 29, 1998      Decided:  January 12, 1999

_____

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Wesley Winters, Jr., Appellant Pro Se.  John Gregory Rhyne, OFFICE OF THE BANKRUPTCY ADMINISTRATOR, Wilson, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Wesley Winters, Jr. appeals from the order of the district court dismissing his appeal from the order of the bankruptcy court dismissing his petition in bankruptcy under Chapter 11.

The end and effect of the judgment of the district court appealed from is to affirm the judgment of the bankruptcy court filed November 5, 1997. We note that the district court also denied the motion of Winters to rehear or reconsider its order dismissing his appeal from the order of the bankruptcy court. We have reviewed the record and all the submissions of the parties and are of opinion there is no reversible error in the judgment of the district court appealed from.

We have also considered Winters' motion for a stay of proceedings pending disposition of this appeal and are of opinion the same is without merit.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

The judgment of the district court appealed from is accordingly

<u>AFFIRMED</u>.